NUMBER 13-08-00029-CV


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG


 


IN RE: SERVICE CORPORATION INTERNATIONAL 

AND SCI TEXAS FUNERAL SERVICES, INC. 




On Petition for Writ of Mandamus 

 


MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Garza and Benavides

Per Curiam Memorandum Opinion (1)


 Relators, Service Corporation International and SCI Texas Funeral Services, Inc.
d/b/a Mont Meta Memorial Park, have filed a petition for writ of mandamus by which they
request this Court to direct respondent, the Honorable Abel Limas, presiding judge of the
404th Judicial District Court of Cameron County, Texas, to vacate the trial court's order for
a new trial and enter a final judgment that denies injunctive relief. This Court requested
a response and one was filed. 

 The Court, having examined and fully considered the petition for writ of mandamus
and the response, is of the opinion that relators have not shown themselves entitled to the
relief sought and the petition for writ of mandamus should be denied. See Tex. R. App. P.
52.8(a). Accordingly, the petition for writ of mandamus is DENIED. 

 

 Per Curiam


Memorandum Opinion delivered and filed

on the 3rd day of March, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).